UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
OCT 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr3250-L |
| v. | JUDGMENT AND COMMITMENT |
| CARLOS LARA CRUZ | VICTOR PIPPINS |
| | Defendant's Attorney |

REGISTRATION NO. 10738298

VIOLATION: 8 USC 1325 - Illegal Entry (Misdemeanor)

_x_ Defendant pleaded guilty to count 1 of the Superseding Information
_x_ Count(s) ___1___ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

_x_ Defendant is adjudged guilty on count 1 OF THE SUPERSEDING INFORMATION

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____60 DAYS_____.

___ SUPERVISED Release for a term of
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
_x_ not transport, harbor or assist undocumented aliens
_x_ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
    as directed by the probation officer
_x_ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
_x_ Penalty assessment of $ 10.00 WAIVED
_x_ Fine waived       ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

OCTOBER 23, 2008
Date of Imposition of Sentence

*[signature]*
WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE
Entered on: